IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BOBBY L. JONES**                                                          **PLAINTIFF**

**v.**                    **CASE NO. 2:23-CV-00218-BSM**

**MISSISSIPPI LIMESTONE**
**CORPORATION**                                               **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE